Order entered November 6 , 2012

004756



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00689-CR

## GARY MYRE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1
Kaufman County, Texas
Trial Court Cause No. 30519CC**

## ORDER

The Court **REINSTATES** the appeal.

On October 23, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. However, on October 23, 2012, we received appellant's brief, together with an extension motion. Therefore, findings are not necessary and we **VACATE** the October 23, 2012 order.

We **GRANT** the October 23, 2012 extension motion and **ORDER** appellant's brief filed as of the date of this order.

DAVID L. BRIDGES
JUSTICE